# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARTIN BENITO MONTEMAYOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-01087 |
| ) | Judge Trauger |
| JOHN DANIEL RUDD, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 22, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 24), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's request to dismiss defendant Christopher Fly from this action is hereby GRANTED. It is hereby ORDERED that all claims against defendant Christopher Fly are DISMISSED WITH PREJUDICE.

This case is returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge